UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| GARY AND ELISABETH PADULA,<br><br>         Plaintiff,<br>    vs.<br><br>FINANCIAL RECOVERY SERVICES, INC<br><br>AND DAVID SHAW,<br>         Defendant. | **Case No.:** 2:12-cv-01015-LKK-EFB<br><br><br>ORDER REQUEST FOR EXTENSION OF TIME TO FILE DISMISSAL |

## ORDER OF REQUEST FOR EXTENSION OF TIME TO FILE DISMISSAL

GARY AND ELISABETH PADULA (Plaintiff), by their attorneys, KROHN & MOSS, LTD., hereby request an additional 60 days to file a stipulation to dismiss the present claim as the parties have yet to finalize settlement..

**IT IS SO ORDERED.**

Dated:  June 19, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT